No. 87–170.   COPLEY ET AL. *v.* HEIL-QUAKER CORP. ET AL. Affirmed on appeal from C. A. 6th Cir.   *Bendix Autolite Corp.* v. *Midwesco Enterprises, Inc.*, 486 U. S. 888 (1988).

No. 87–1582.   FITZGERALD *v.* MONTANA DEPARTMENT OF FAMILY SERVICES ET AL.   Appeal from Sup. Ct. Mont. dismissed for want of properly presented federal question.

No. 87–1654.   CARKULIS *v.* MONTANA ET AL.   Appeal from Sup. Ct. Mont. dismissed for want of jurisdiction.

No. 87–1802.   VETTER *v.* CITY OF BISMARCK.   Appeal from Sup. Ct. N. D. dismissed for want of substantial federal question.

No. 87–6335.   SIVLEY *v.* TEXAS.   Appeal from C. A. 5th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–1621.   UNITED STATES INTERNAL REVENUE SERVICE ET AL. *v.* LONG ET VIR.   C. A. 9th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Church of Scientology of California* v. *IRS*, 484 U. S. 9 (1987).   JUSTICE KENNEDY took no part in the consideration or decision of this case.